1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP A. MARLOW,

                    Petitioner,                          CASE NO. C10-5085BHS

        v.

SCOTT FRAKES,                                            MINUTE ORDER

                    Respondent.

        NOW, on this 29th day of March, 2010, the Court directs the Clerk to enter the

following Minute Order:

        On February 24, 2010, the Honorable Karen L. Strombom filed a Report and

Recommendation and recommended that the Court deny Petitioner's Motion for Leave to

Proceed *in forma pauperis*.  Dkt. 3.  On March 3, 2010, Petitioner responded and stated

that he would pay the filing fee of $5.00.  Dkt. 4.  On March 23, 2010, the Court received

payment from Petitioner.  Therefore, the Court denies the Report and Recommendation as

moot.

        The foregoing Minute Order was authorized by the Honorable BENJAMIN H.

SETTLE, United States District Judge.

                                         /s/ Trish Graham
                                        Trish Graham
                                        Judicial Assistant

MINUTE ORDER